UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRISTINA MORRIS,<br><br>   Plaintiff,<br><br>   v.<br><br>BMW OF NORTH AMERICA, LLC,<br><br>   Defendant. | Case No. 22-cv-05948-SK<br><br>**ORDER OF CONDITIONAL DISMISSAL**<br><br>Regarding Docket No. 25 |

At the further case management conference held on March 27, 2023, Defendant informed the Court that this case had settled. In light of the settlement, the Court HEREBY ORDERS that this action is DISMISSED without prejudice; provided, however that if any party hereto shall certify to this Court within ninety days, with proof of service, that the settlement was not consummated or that the agreed consideration for settlement has not been delivered over, the foregoing order shall stand vacated, and this case shall be restored to the calendar. If no certification is filed, after passage of ninety days, the dismissal shall be with prejudice.

**IT IS SO ORDERED**.

Dated: October 10, 2023

_____
SALLIE KIM
United States Magistrate Judge